## DUNCAN v. INDIANA.

No. 110, Misc.   Decided February 24, 1969.

*John J. Dillon,* Attorney General of Indiana, and *Richard V. Bennett,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Indiana for further consideration in light of *Smith* v. *Hooey, ante,* p. 374.

## TRIPLETT v. FLOYD CIRCUIT COURT ET AL.

No. 57, Misc.   Decided February 24, 1969.

*John J. Dillon,* Attorney General of Indiana, and *Richard V. Bennett,* Deputy Attorney General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Indiana for further consideration in light of *Smith* v. *Hooey, ante,* p. 374.